UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEOFFREY H. SIMMONS, JR., )
)
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:08-CV-517-FL
)
GEOFFREY H. SIMMONS, SR. )
and SIMMONS LAW FIRM, )
)
       Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 6, 2013, and for the reasons set forth more specifically therein, that the court grants summary judgment to plaintiff on his claim for breach of contract. Defendants are ordered to pay restitutionary damages to plaintiff in the amount of $1,400.00. Plaintiff's remaining claims are dismissed.

**This Judgment Filed and Entered on March 6, 2013, and Copies To:**

Wesley A. Collins (via CM/ECF Notice of Electronic Filing)
Geoffrey Simmons (via CM/ECF Notice of Electronic Filing)

March 6, 2013                     JULIE A. RICHARDS, CLERK
                                        /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk